Carl B. Jensen Jr.
Law Office of Carl B. Jensen Jr., L.L.C.
410 Central Avenue, Suite 506B
Great Falls, MT  59401
Telephone: (406) 761-4891899-6696
Facsimile:  (406) 761-0613
E:mail: Carl.Jensen.Lawoffice@gmail.com

Attorney for Respondent

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN KELLY EAGLEMAN,<br><br>Defendant. | Case No.   CR-16-22-GF-BMM<br>             CR-16-35-GF-BMM<br>             CR-16-41-GF-BMM<br><br>MOTION TO SET CHANGE OF PLEA |

COMES NOW, Defendant, through Counsel, and moves the court to set a Change of Plea Hearing in the above captioned matter.

Respectfully submitted this 31st day of May, 2016.

/s/ Carl B. Jensen, Jr.
CARL B. JENSEN JR.
Counsel for Defendant

## **STATEMENT OF COMPLIANCE**

I hereby certify that this motion is in compliance with the local rules. The Memorandum is proportionately spaced; the body of the argument has a Times New Roman typeface, 14 point size and contains less than 6,500 words.

Dated this 31st day of May, 2016

/s/ Carl B. Jensen, Jr.
CARL B. JENSEN JR.
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2 (B)

I hereby certify that on, May 31, 2016, a copy of the foregoing document was served on the Clerk of District Court and Counsel for the Plaintiff: Carl Rostad.

Dated this 31st day of May, 2016.

/s/ Carl B. Jensen, Jr.
CARL B. JENSEN JR.
Counsel for Defendant